In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-147 CV


____________________



HEWLETT-PACKARD COMPANY,


 Appellant and Cross-Appellee


V.



MUZETTE ALVIS and CRAIG PLOKHOOY,


On Behalf of Themselves and Others Similarly Situated,


 Appellees and Cross-Appellants

 




On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-164,880 






MEMORANDUM OPINION



 We lift our order of abatement, entered December 20, 2007, and reinstate the appeal. 

 The appellant, Hewlett-Packard Company, and the appellees, Muzette Alvis and Craig
Plokhooy, on behalf of themselves and others similarly situated, filed a joint motion to
dismiss this accelerated appeal. The motion is voluntarily made by the agreement of the
parties prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(2). We grant the joint
motion to dismiss and dismiss the appeal.

 APPEAL DISMISSED.



 ______________________________

 STEVE McKEITHEN

 Chief Justice

 



Opinion Delivered September 11, 2008


Before McKeithen, C.J., Kreger and Murphy, JJ. (1)

1. The Honorable Paul Murphy, Senior Chief Justice, sitting by assignment pursuant
to Tex. Gov't Code Ann. § 74.003(b) (Vernon 2005).